IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOSE CRISTOBAL CARDONA,

    Petitioner,

v.

B.A. BLEDSORE,

    Respondents.

3:12-CV-00753
(JUDGE MARIANI)

## ORDER

**AND NOW, THIS 26TH DAY OF JUNE 2013**, upon *de novo* review of Magistrate Judge Carlson's Report and Recommendation (Doc. 14), Petitioner's Petition for a Writ of Habeas Corpus (Doc. 1), Respondent's Response thereto (Doc. 10), Petitioner's Traverse (Doc. 13), and Petitioner's Objections to the Report and Recommendation (Doc. 15), **IT IS HEREBY ORDERED THAT**:

1. Petitioner's Objections (Doc. 15) are **OVERRULED**.
2. The Report and Recommendation (Doc. 14) is **ADOPTED**.
3. The Habeas Petition (Doc. 1) is **DENIED**.
4. A Certificate of Appealability is **NOT ISSUED**.
5. The Clerk of Court is directed to **CLOSE** the case.

FILED
SCRANTON
JUN 2 7 2013

PER _____
DEPUTY CLERK

Robert D. Mariani
United States District Judge